# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AZMAT KHAN**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF DEFENSE**, <br><br> **UNITED STATES CENTRAL COMMAND**, <br><br> and <br><br> **UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**, <br><br> Defendants. | Civil Action No. 1:21-cv-08105 |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff Azmat Khan respectfully submits the attached affirmation of service of the Complaint, Civil Cover Sheet, Summons, Individual Practices and Procedures of Chief Judge Colleen McMahon, and the Electronic Case Filing Rules and Instructions, demonstrating service upon Defendants, the United States Attorney General, and the United States Attorney's Office, Southern District of New York.

Dated: October 19, 2021

Respectfully submitted,

/s/ *Katie Townsend*

Katie Townsend
N.Y. Bar No. 5480199
Email: ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9303
Facsimile: 202.795.9310

*Counsel for Plaintiff*

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**AZMAT KHAN**,

       Plaintiff,

  v.

**UNITED STATES DEPARTMENT OF DEFENSE**,

**UNITED STATES CENTRAL COMMAND**,

and

**UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**,

      Defendants.

Civil Action No. 1:21-cv-08105

**AFFIRMATION OF SERVICE**

I, Demetrios Papageorgiou, declare under penalty of perjury that I served a copy of the Complaint (ECF No. 1), Exhibits (ECF Nos. 1-1–1-18), Civil Cover Sheet (ECF No. 2), Summons (ECF No. 5), Individual Practices and Procedures of Chief Judge Colleen McMahon, and the Electronic Case Filing Rules and Instructions by USPS Certified Mail to the following entities on October 6, 2021:

United States Attorney General
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

United States Central Command
7115 South Boundary Boulevard
MacDill AFB, Florida 33621-5101

United States Department of Defense
1400 Defense Pentagon
Washington, D.C. 20301

1

United States Attorney's Office
Southern District of New York
Civil Division
86 Chambers St. / 3rd Floor
New York, NY 10007

United States Agency for International Development
1300 Pennsylvania Avenue, NW
Washington, D.C. 20523

Proof of service in the form of certified electronic return receipts is attached.

Proof of service to the United States Attorney General, delivered on October 8, 2021, is attached hereto as Exhibit 1.

Proof of service to the United States Central Command, delivered on October 8, 2021, is attached hereto as Exhibit 2.

Proof of service to the United States Department of Defense, delivered on October 7, 2021, is attached hereto as Exhibit 3.

Proof of service to the United States Agency for International Development, delivered on October 12, 2021, is attached hereto as Exhibit 4.

Proof of service to the United States Attorney's Office, Southern District of New York, delivered on October 8, 2021, is attached hereto as Exhibit 5.


Dated: October 19, 2021

/s/ Demetrios Papageorgiou
Demetrios Papageorgiou

# EXHIBIT 1


**UNITED STATES POSTAL SERVICE**

October 12, 2021

Dear Demetrios Papageorgiou:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2280 0000 0090 4419**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 8, 2021, 4:51 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 12.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 2



October 12, 2021

Dear Demetrios Papageorgiou:

The following is in response to your request for proof of delivery on your item with the tracking number: **7019 2280 0000 0090 4389**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | October 8, 2021, 8:48 am |
| **Location:** | TAMPA, FL 33621 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 12.0oz |

## Recipient Signature



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 3


**UNITED STATES POSTAL SERVICE**

October 12, 2021

Dear Demetrios Papageorgiou:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2280 0000 0090 4396**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 7, 2021, 7:03 am |
| **Location:** | WASHINGTON, DC 20310 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 4



October 12, 2021

Dear Demetrios Papageorgiou:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2280 0000 0090 4426**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | October 12, 2021, 8:57 am |
| **Location:** | WASHINGTON, DC 20523 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT 5



**UNITED STATES POSTAL SERVICE**

October 12, 2021

Dear Demetrios Papageorgiou:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7019 2280 0000 0090 4402**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | October 8, 2021, 1:39 pm |
| **Location:** | NEW YORK, NY 10007 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 3lb, 11.0oz |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004