**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AZMAT KHAN**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF DEFENSE**, <br><br> **UNITED STATES CENTRAL COMMAND**, <br><br> and <br><br> **UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**, <br><br> Defendants. | Civil Action No. 1:21-cv-08105 |

**NOTICE OF FILING PROOF OF SERVICE**

Plaintiff Azmat Khan respectfully submits the attached affirmation of service of the Notice of Initial Pretrial Conference and the Court's Individual Practices in Civil Cases, demonstrating service upon counsel for Defendants.

Dated: January 7, 2022

Respectfully submitted,

/s/ *Katie Townsend*

Katie Townsend
N.Y. Bar No. 5480199
Email: ktownsend@rcfp.org
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Phone: 202.795.9303
Facsimile: 202.795.9310

*Counsel for Plaintiff*

1
