**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **AZMAT KHAN**, | |
| Plaintiff, | |
| v. | |
| **UNITED STATES DEPARTMENT OF DEFENSE**, | Civil Action No. 1:21-cv-08105 |
| **UNITED STATES CENTRAL COMMAND**, | |
| and | |
| **UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT**, | |
| Defendants. | |

## AFFIRMATION OF SERVICE

I, Gunita Singh, declare under penalty of perjury that on January 3, 2022, I served a copy of the Notice of Initial Pretrial Conference (ECF No. 12) via USPS to Assistant U.S. Attorney Sarah Normand, counsel for Defendants in this matter, along with a copy of Judge Cote's Individual Practices in Civil Cases. Attached hereto as Exhibit A is proof of service.

Dated: January 7, 2022

/s/ Gunita Singh
Gunita Singh

1

# EXHIBIT A



January 7, 2022

Dear Gunita Singh:

The following is in response to your request for proof of delivery on your item with the tracking number: **EJ38 5836 965U S**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 7, 2022, 12:50 pm |
| **Location:** | NEW YORK, NY 10007 |
| **Postal Product:** | Priority Mail Express 1-Day® |
| **Extra Services:** | Insured |
| | PO to Addressee |
| | Up to $100 insurance included |
| **Actual Recipient Name:** | S MMARSHALL |

Note: Actual Recipient Name may vary if the intended recipient is not available at the time of delivery.

## Shipment Details

| | |
|---|---|
| **Weight:** | 3.0oz |

## Recipient Signature

Signature of Recipient:

Address of Recipient: 86 CHAMBERS ST NEW YORK, NY 10007

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004