```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
AZMAT KHAN,                               :    21cv8105 (DLC)
                                          :
                        Plaintiff,        :    ORDER
            -v-                           :
                                          :
UNITED STATES DEPARTMENT OF DEFENSE,      :
UNITED STATES CENTRAL COMMAND, and        :
UNITED STATES AGENCY FOR INTERNATIONAL    :
DEVELOPMENT,                              :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

Following the pre-trial conference held on January 14, 2022, it is hereby

ORDERED that the parties shall submit a joint status letter by **February 28, 2022.**

IT IS FURTHER ORDERED that the parties shall submit a status letter every 60 days thereafter.

Dated:   New York, New York
         January 14, 2022

                                          _____
                                               DENISE COTE
                                          United States District Judge

1